IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


RICHARD WILLMES,

        Petitioner,

    v.

CHARLES DANIELS, Warden, and
NATIONAL TOXICOLOGY
LABORATORIES,

        Respondents.

No. CV 07-606-ST

OPINION & ORDER


**MOSMAN, J.,**

On December 4, 2007, Magistrate Judge Stewart issued Findings and Recommendation ("F&R") (#12) in the above-captioned case recommending that Mr. Willmes's Petition for Writ of Habeas Corpus (#1) be GRANTED and that a judgment be entered requiring Respondent Daniels to RESTORE Mr. Willmes's good time credits and lost privileges immediately. Respondent Daniels filed a response indicating he had no objections (#13). I therefore construe the F&R as having no objections.

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The district court is not bound by the recommendations of the magistrate

PAGE 1 - OPINION & ORDER

judge, but retains responsibility for making the final determination.  Where objections have been made, I conduct a *de novo* review.  28 U.S.C. § 636(b)(1)(C).  However, I am not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge to which no objections are made.  *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).  In either case, the court is free to accept, reject, or modify any of the magistrate judge's F&R.  28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Stewart's recommendation, and I ADOPT the F&R as my own opinion.

IT IS SO ORDERED.


DATED this __5th__ day of February, 2008.


/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Court


PAGE 2 - OPINION & ORDER